

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE LINN TUCKER,<br><br>Defendant. | CR-14-22-BU-DLC<br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 371 (Count I) and aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) (Count XXVI). In exchange for Defendant's plea, the United States has agreed to dismiss Counts V-VI, VIII, XIV, XVI, and XXVII of the Indictment.

FINDINGS AND RECOMMENDATION - Page 1

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

2. That the Defendant is aware of the nature of the charge against her and consequences of pleading guilty to the charge,

3. That the Defendant fully understands her constitutional rights, and the extent to which she is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that she fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts I and XXVI of the Indictment, and that sentence be imposed. I further recommend that Counts V-VI, VIII, XIV, XVI, and XXVII of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea**

FINDINGS AND RECOMMENDATION - Page 2

**Agreement and the presentence report**.

DATED this 21st day of November, 2014.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge