IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14–22–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CATHERINE LINN TUCKER, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on November 21, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Catherine Linn Tucker's

guilty plea after Tucker appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 371 (Count I) and aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) (Count XXVI).  In exchange for Defendant's plea, the United States has agreed to dismiss Counts V-VI, VIII, XVI, and XXVII of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 32), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS  ORDERED that Catherine Linn Tucker's motion to change plea (Doc. 21) is GRANTED and Catherine Linn Tucker is adjudged guilty as charged in Counts I and XXVI of the Indictment.

DATED this 9th day of December, 2014.

Dana L. Christensen, Chief District Judge
United States District Court